IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL O'CALLAGHAN,

      Plaintiff,

    v.

HON. X,
IN PAST OR PRESENT OFFICIAL CAPACITY
AS JUDGE OR SENIOR JUDGE OF THE
COURT OF COMMON PLEAS OF
NORTHAMPTON COUNTY,
COMMONWEALTH OF PENNSYLVANIA,

      Defendant.

CIVIL ACTION
NO. 15-1716

## ORDER

**AND NOW**, this 29th day of January, 2016, upon consideration of Defendant's Motion to Dismiss and Plaintiff's response thereto, Plaintiff's Motion for Preliminary Injunction and Defendant's response thereto, and all pending "Motions" filed by Plaintiff seeking to inform the court of the status of the state court action, it is hereby **ORDERED** as follows:

1. Plaintiff's "Motions to Inform the Court" (Docket Nos. 6, 9, 16, 17 and 18) are **GRANTED** insofar as they sought to provide the Court with status updates regarding the state court action that gave rise to this matter, and all information contained therein was considered by the Court in deciding Defendant's Motion to Dismiss;

2. Plaintiff's Motion for Preliminary Injunction (Docket No. 10) is **DENIED**;

3. Plaintiff's Motion to Amend the Complaint (Docket No. 15) is **DENIED** as futile;

4. Defendant's Motion to Dismiss (Docket No. 4) is **GRANTED**;

5. This matter is dismissed with prejudice; and

6.  The clerk shall mark this matter closed.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**